**Mark Ryland DOWDY, Plaintiff–Appellant,**

v.

**LOUISA COUNTY; Timothy Sanner; Tom Garrett; Russell McGuire; Ashley Davenport; Donald Lowe; Jeffrey Sims; Deputy M. Silberman; Ashland Fortune, Defendants–Appellees.**

No. 12–7890.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 26, 2013.

Mark Ryland Dowdy, Appellant Pro Se.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Mark Ryland Dowdy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dowdy v. Louisa Cnty.*, No. 7:12–cv–00308–MFU–RSB (W.D.Va. Oct. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*